UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

YAZMIN SONORA-ABRAJAN                         CASE NO.  3:25-CV-02090 SEC P

VERSUS                                        JUDGE TERRY A. DOUGHTY

PAMELA BONDI ET AL                            MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 19], the written and filed objections of Respondents, Brian Acuna and Kristi Noem ("Respondents") [Doc. No. 19] and Petitioner, Yazmin Sonora-Abrajan's ("Petitioner"), reply [Doc. No. 21], and after conducting an independent review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **GRANTED IN PART** and **DEFERRED IN PART**.

**IT IS ORDERED** that Petitioner's Petition is **GRANTED** to the extent that Respondents, including the warden of Richwood Correctional Center, shall release Petitioner from detention, under reasonable conditions of supervision if necessary, to allow Petitioner to obtain and attend an appointment with USCIS for the purpose of submitting her biometrics and preserving her pending T-Visa application.

1

2

**IT IS FURTHER ORDERED** that Respondents **DEFER** Petitioner's release until Petitioner's counsel provides evidence to the Court of scheduling her biometrics appointment. Upon proof of scheduling, the Court will order her immediate release.

**IT IS FURTHER ORDERED** that Respondents are prohibited from re-detaining Petitioner until she has a reasonable opportunity to submit her biometrics to USCIS.

MONROE, LOUISIANA, this 14th day of May 2026.

_____

TERRY A. DOUGHTY

UNITED STATES DISTRICT JUDGE

2