**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**YAZMIN SONORA-ABRAJAN**          **CASE NO.  3:25-CV-02090 SEC P**

**VERSUS**                                           **JUDGE TERRY A. DOUGHTY**

**PAMELA BONDI ET AL**              **MAG. JUDGE KAYLA D. MCCLUSKY**

**ORDER**

Pursuant to the Court's Judgment [Doc. No. 22] and Petitioner Yazmin Sonora-Abrajan's ("Petitioner") Notice [Doc. No. 23], alerting the Court that Petitioner's biometrics appointment is scheduled for July 8, 2026,

**IT IS ORDERED** that Petitioner is released from detention. Respondents, including the warden of Richwood Correctional Center, shall (A) release Petitioner as quickly as reasonably possible from detention, under reasonable conditions of supervision if necessary, to allow Petitioner to attend her USCIS biometrics appointment on July 8, 2026, and (B) notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release.

**IT IS FURTHER ORDERED** that Respondents are prohibited from re-detaining Petitioner until after her appointment on July 8, 2026.

MONROE, LOUISIANA, this 26th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE